IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TASK FORCE BPO, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:24-CV-53-TAV-JEM |
| AVA CONSULTING, LLC and REMKO BLOEMHARD, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

On November 24, 2025, the Court granted Attorney Pierce and Coolidge Law's Motion to Withdraw as Attorney filed by Defendants Ava Consulting, LLC and Remko Bloemhard, and ordered Defendant Ava Consulting to retain new counsel on or before December 12, 2025 [Doc. 25]. After Defendant Ava Consulting's failure to retain new counsel by the Court's deadline, the Court reviewed the record and noted that Zachary White was still listed as counsel of record for Defendants and had not filed a notice or motion to withdraw. On January 13, 2026, the Court entered an Order directing Attorney White to file a status report within two weeks on whether he was representing the Defendants, and to the extent he was no longer representing them, ordered him to file an appropriate motion under the Local Rules [Doc. 29]. Attorney White has failed to respond to the Court's Order.

Accordingly, Attorney White is **ORDERED** to show cause as to why he failed to respond to the Court's Order [Doc. 29] or otherwise respond by **February 17, 2026**.

The Court **DIRECTS** the Clerk's Office to mail a copy of this Memorandum and Order to Defendants [*see* Doc. 27] and to update ECF accordingly.

IT IS SO ORDERED.

ENTER:

_____
Jill E. McCook
United States Magistrate Judge